

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2019

No. 04-18-00933-CV

**IN RE G.I.P. AND C.V.,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02526
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file the appellant's brief is granted. We order counsel for appellant to file the appellant's brief by February 12, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court